No. 2, Misc.  SLIVENSKY *v.* NEW JERSEY;
No. 14, Misc.  McMILLAN ET AL. *v.* TAYLOR ET AL.;

672

No. 15, Misc.   Dvorak v. Stubblefield;

No. 16, Misc.   Smith v. Pescor, Warden;

No. 22, Misc.   McMahan v. Clark, Attorney General;

No. 28, Misc.   Ex parte Brown; and

No. 29, Misc.   In re Rumble.   October 14, 1946.   The applications are denied.